# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILSON,<br>    Petitioner<br>v.<br>HATTON, WARDEN,<br>    Respondent. | Case No. CV 18-6189-MWF (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order: Dismissing Petition With Prejudice For Untimeliness; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: August 20, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE